**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

KURT SCHERTLE,

       Plaintiff,

    v.

WEIS MARKETS INC. and the WEIS
MARKETS INC. RETIREMENT
COMMITTEE,

       Defendants.

No. 4:25-CV-02080

(Chief Judge Brann)

## ORDER

### JUNE 17, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS**

**HEREBY ORDERED** that:

1.     Defendant Weis Markets Inc., and the Weis Markets Inc. Retirement Committee's Motion to Dismiss Counts II through VII (Doc. 10) is **GRANTED.**

2.     Counts II, III, IV, and VII are **DISMISSED WITH PREJUDICE,** while Counts V and VI are **DISMISSED WITHOUT PREJUDICE**.

3.     Plaintiff is granted leave to file an amended complaint within 14 days of the date of this Order. Failure to file an amended complaint will result in the dismissal of Counts V and VI with prejudice.

4.      Defendants shall docket an answer to the remaining count of the

complaint within 28 days of the date of this Order should no amended

complaint be filed.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge